AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DIANE DEADERICK <br> *Plaintiff(s)* <br> v. <br> CONTRACT CALLERS, INC. <br> *Defendant(s)* | 1:15-cv-02508 <br> Judge Manish S. Shah <br> Magistrate Judge Jeffrey Cole <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONTRACT CALLERS IN CARE OF:
C T CORPORATION
208 So. LASALLE ST.
SUITE #814
CHICAGO, IL. 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIANE DEADERICK
8312 S. CLYDE AVE.
CHICAGO, IL 60617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 24 2015                                 _____
                                                  Signature of Clerk or Deputy Clerk

Civil Action No. 1:15-cv-02508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CONTRACT CALLERS, INC**
was received by me on *(date)* **3/24/15**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SUMMONS WAS SENT REGISTERED MAIL RECEIPT # 70101870000040134981 TO CT CORPORATION, 208 So. LASALLE STREET, SUITE #814, CHICAGO, IL 60604 WHO IS THE REGISTERED AGENT DESIGNATED BY LAW TO ACCEPT SERVICE OF PROCESS ON BEHALF OF CONTRACT CALLERS, INC.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/31/2015

*Robert DeMa* 
Server's signature

Robert DeMartha
Printed name and title

8139 So. Carpenter St, CHICAGO, IL 60620
Server's address

Additional information regarding attempted service, etc:

**FILED**
MAR 31 2015
MAR 3 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>CT Corporation<br>208 So. LaSalle Street<br>Suite #814<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0000 4013 4981 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Received

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Robert DeMartra
8139 So. Carpenter
Chicago, IL 60620