UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE DEADERICK, | |
| Plaintiff, | 1:15-cv-02508 |
| v. | Honorable Manish S. Shah |
| CONTRACT CALLERS, INC. | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Diane Deaderick and the defendant, Contract Callers, Inc., through their respective counsel that the above-captioned action is dismissed, with prejudice, against Contract Callers, Inc., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 30, 2016                                                         Respectfully Submitted,

/s/ Jonathan K. Aust (*with consent*)                    /s/ Mohammed O. Badwan
Jonathan K. Aust                                                           Mohammed O. Badwan
*Counsel for Contract Callers, Inc.*                         *Counsel for Plaintiff*
Bedard Law Group, P.C.                                            Sulaiman Law Group, LTD
2810 Peachtree Industrial Blvd., Suite D              900 Jorie Boulevard, Suite 150
Duluth, Georgia 30097                                              Oak Brook, Illinois 60523
Phone: (678) 253-1871                                              Phone: (630) 575-8181